NUMBER 13-08-278-CV
 


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


IN RE: MAR-ROX, INC., ROXANNE PENA CANTU, 

LAW OFFICES OF MARK CANTU A/K/A LAW OFFICE 

OF MARK A. CANTU, AND MARK CANTU AS CUSTODIAN 

FOR AYSSA CELESTE CANTU AND KRYSTHA YANNI CANTU

_______________________________________________________


On Petition for Writ of Mandamus and 

Motion for Emergency Relief
_______________________________________________________ 


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam



 On May 1, 2008, relators, Mar-Rox, Inc., Roxanne Peña Cantu, Law Offices of Mark
Cantu, a/k/a Law Office of Mark A. Cantu, and Mark Cantu as custodian of Ayssa Celeste
Cantu and Krystha Yanni Cantu, filed a petition for writ of mandamus with this Court in
which they allege that on May 1, 2008 respondent, the Honorable Noe Gonzalez, Presiding
Judge of the 370th Judicial District Court of Hidalgo County, Texas, abused his discretion
by denying Plaintiffs' Motion to Renew Challenge in Referring Case to Arbitration on Basis
of Unconscionability.

 Relators' petition for writ of mandamus asked this Court to order the respondent to
vacate the May 1, 2008 order. In addition, relators filed an emergency motion to halt
foreclosure, asking this Court to order a stay of the foreclosure proceedings scheduled for
May 6, 2008.

 Having examined and fully considered the petition for writ of mandamus and the
emergency motion, this Court is of the opinion that the relators have not shown themselves
entitled to the relief sought. See Tex. R. App. P. 52.8(a). 

 This Court denies relators' request for emergency relief and the petition for writ of
mandamus. The petition for writ of mandamus is DENIED. 

 


 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 2nd day of May, 2008.